748 A.2d 1232

**Joseph JONES, Appellant,**

v.

**Frederick FRANK, et. al., Appellees.**

**No. 258 M.D. Appeal Docket 1999.**

Supreme Court of Pennsylvania.

March 2, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 2nd day of March, 2000, probable jurisdiction is herewith noted and the order of Commonwealth Court is affirmed.